**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joan  Gottlieb Mendell v. Laurence Scott and Rachel Chaput

Appellate case number:  01-20-00471-CV

Trial court case number:  475348

Trial court:           Probate Court No 1 of Harris County

On October 8, 2020, appellant Joan Gottlieb Mendell filed an emergency motion for temporary relief, seeking a stay of the October 19, 2020 trial setting in the underlying case until such time as the appeals pending before this Court in the above-styled case and in Case No. 01-20-00578-CV are finally decided. Appellant's emergency motion for temporary relief is **denied**.

It is so ORDERED.

Judge's signature: /s/ Terry Adams

                 ⊠ Acting individually    ☐ Acting for the Court

Date: October 13, 2020